**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA  DIVISION**

ALICE BELTON-TERRELL,

      Plaintiff,

v.                                   CASE NO. 3:07cv465/MCR/EMT

JOHN E. POTTER,
POSTMASTER GENERAL
UNITED STATES POSTAL SERVICE

      Defendant.
_____/

**O R D E R**

Upon a review of the papers filed in the instant case and in Case No. 3:08cv194/MCR/MD, the court has <u>sua sponte</u> determined that these cases present common questions of fact or law.[1] Accordingly, pursuant to Rule 42(a), Fed. R. Civ. P., Case No 3:08cv194/MCR/MD[2] is hereby consolidated with the instant case for all further proceedings.

Accordingly, it is ORDERED:

1.    The Clerk is directed to CONSOLIDATE this case with Case No. 3:08cv194/MCR/MD.

2.    All future pleadings and papers shall be filed only in Case No. 3:07cv465/MCR/EMT.

---

[1] In the Report of Attorneys' Planning Meeting (doc. 15) filed in the instant case, the parties advised the court of the complaint filed in Case No. 3:08cv194 and agreed that "judicial economy would be best served by consolidating that case with the current matter."

[2] This action was originally randomly assigned to Senior District Judge Roger Vinson; however, due to the similarities between the two cases and the parties' agreement to consolidate the matters, the case was subsequently reassigned to Judge M. Casey Rodgers as presiding judge in the instant case.

3.	The Clerk shall file a copy of this Order in the docket for both cases referenced herein.

**DONE and ORDERED** on this 24th day of June, 2008.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**