**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

ALICE BELTON-TERRELL,

    Plaintiff,

v.                                              CASE NO.:   3:07cv465/MCR/EMT

JOHN E. POTTER,
POSTMASTER GENERAL
UNITED STATES POSTAL SERVICE,

    Defendant.

_____/

**O R D E R**

    The parties appeared before the court on the morning of May 18, 2009, for a final pretrial conference and jury selection.  Due to a jurisdictional issue that had not previously been addressed, the court found the trial could not proceed on that date and required the parties to submit written memoranda on the jurisdictional issue in question.  Based on discussions at the final pretrial conference, the parties agreed to assume the cost of prospective jurors who reported for jury selection that day.  The court is advised the actual costs associated with the May 18, 2009, appearance of prospective jurors for the trial of this action was $1,925.80.  (See attached).  The parties shall make payment to the Clerk of Court within sixty (60) days of the date hereof in the full amount of $1,925.80, apportioned consistent with the parties' agreement.

    **SO ORDERED** on this 9th day of June, 2009.

                                                                 _s/ M. Casey Rodgers_
                                                               **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**